# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 20, 2025

Heather J. Kliebenstein
MERCHANT & GOULD
Suite 2200
150 S. Fifth Street
Minneapolis, MN  55402

    RE:  25-1340  Fair Isaac Corp. v. Federal Insurance Co., et al

Dear Counsel:

    The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

    The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

    Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

    The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

CBO

Enclosure(s)

cc: Debra Beauvais
    Clerk, U.S. District Court, District of Minnesota
    Zachary Dekel
    Erin D. Drost
    Joseph Dubis
    Michael A. Erbele
    Terrence J. Fleming
    Peter A. Gergely
    Leah Godesky
    Robert N. Hochman
    Leah Chalmers Janus
    Gabrielle Kiefer
    Anton Metlitsky
    Kristine Mousseau
    Christopher D. Pham
    Paula Richter
    Renee Rogge
    Daryn Earl Rush
    Rachel Zimmerman Scobie
    Lori Ann Simpson
    Paige S. Stradley
    Panhia Vang
    Maria Victoria Weinbeck
    Ryan Cameron Young

District Court/Agency Case Number(s): 0:16-cv-01054-DTS

**Caption for Case Number: 25-1340**

Fair Isaac Corporation, a Delaware corporation

    Plaintiff - Appellant

v.

Federal Insurance Company, an Indiana corporation; ACE American Insurance Company

    Defendants - Appellees

**Addresses for Case Participants: 25-1340**

Heather J. Kliebenstein
MERCHANT & GOULD
Suite 2200
150 S. Fifth Street
Minneapolis, MN 55402

Debra Beauvais
U.S. COURTHOUSE
300 S. Fourth Street
Minneapolis, MN 55415

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415-0000

Zachary Dekel
O'MELVENY & MYERS
1999 Avenue of the Stars
Century City, CA 90067

Erin D. Drost
U.S. DISTRICT COURT
District of Minnesota
Room 146, Warren E. Burger Federal Building
316 N. Robert Street
Saint Paul, MN 55101-0000

Joseph Dubis
MERCHANT & GOULD
Suite 2200
150 S. Fifth Street
Minneapolis, MN 55402

Michael A. Erbele
MERCHANT & GOULD
Suite 2200
150 S. Fifth Street
Minneapolis, MN 55402

Terrence J. Fleming
FREDRIKSON & BYRON
Suite 1500
60 S. Sixth Street
Minneapolis, MN 55402-4400

Peter A. Gergely
MERCHANT & GOULD
Suite 23C
767 Third Avenue
New York, NY 10017

Leah Godesky
O'MELVENY & MYERS
8th Floor
1999 Avenue of the Stars
Los Angeles, CA 90067-6035

Robert N. Hochman
SIDLEY & AUSTIN
Suite 2800
1 S. Dearborn Street
Chicago, IL 60603-0000

Leah Chalmers Janus
FREDRIKSON & BYRON
Suite 1500
60 S. Sixth Street
Minneapolis, MN 55402-4400

Gabrielle Kiefer
MERCHANT & GOULD
Suite 2200
150 S. Fifth Street
Minneapolis, MN 55402

Anton Metlitsky
O'MELVENY & MYERS
Suite 1700
1301 Avenue of the Americas
New York, NY 10019-6022

Kristine Mousseau
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415-1320

Christopher D. Pham
FREDRIKSON & BYRON
Suite 1500
60 S. Sixth Street
Minneapolis, MN 55402-4400

Paula Richter
U.S. DISTRICT COURT
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Renee Rogge
UNITED STATES COURTHOUSE
Room 1005
300 S. Fourth Street
Minneapolis, MN  55415

Daryn Earl Rush
O'MELVENY & MYERS
1625 Eye Street, N.W.
Washington, DC  20006-4001

Rachel Zimmerman Scobie
MERCHANT & GOULD
Suite 2200
150 S. Fifth Street
Minneapolis, MN  55402

Lori Ann Simpson
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-1320

Paige S. Stradley
MERCHANT & GOULD
Suite 2200
150 S. Fifth Street
Minneapolis, MN  55402

Panhia Vang
FREDRIKSON & BYRON
Suite 1500
60 S. Sixth Street
Minneapolis, MN  55402-4400

Maria Victoria Weinbeck
UNITED STATES COURTHOUSE
Suite 1005
300 S. Fourth Street
Minneapolis, MN  55415

Ryan Cameron Young
FREDRIKSON & BYRON
Suite 1500
60 S. Sixth Street
Minneapolis, MN  55402-4400