## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| FAIR ISAAC CORPORATION, | ) <br> ) <br> ) |
| *Plaintiff-Appellant,* | ) <br> ) <br> ) |
| v. | ) No. 25-1340 <br> ) |
| FEDERAL INSURANCE COMPANY & ACE AMERICAN INSURANCE COMPANY, | ) <br> ) <br> ) <br> ) <br> ) |
| *Defendants-Appellees.* | ) |

## **CORPORATE DISCLOSURE STATEMENT**

Under Federal Rule of Appellate Procedure 26.1, Appellant Fair Isaac Corporation ("FICO") makes the following disclosure:

FICO, a Delaware corporation, is not owned by any parent corporation, nor is there any publicly held company that owns 10% or more of FICO's stock.

Date: February 26, 2025        /s/ *Robert N. Hochman*

Robert N. Hochman
Ellen A. Wiencek
Tyler M. Wood
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
rhochman@sidley.com
ewiencek@sidley.com
twood@sidley.com

*Attorneys for Fair Isaac Corporation*

# CERTIFICATE OF SERVICE
# FOR DOCUMENTS FILED USING CM/ECF

I certify that on February 26, 2025, this corporate disclosure statement was filed with the Clerk of the United States Court of Appeals for the Eighth Circuit using the CM/ECF system, which will send notice to all registered counsel of record.

/s/ *Robert N. Hochman*