# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| FAIR ISAAC CORPORATION, | ) |
| *Plaintiff-Appellant,* | ) |
| v. | ) No. 25-1340 |
| FEDERAL INSURANCE COMPANY & ACE AMERICAN INSURANCE COMPANY, | ) |
| *Defendants-Appellees.* | ) |

## **TRANSCRIPT CERTIFICATION**

Pursuant to Federal Rule of Appellate Procedure 10(b), Appellant Fair Isaac Corporation certifies that no additional transcripts will be ordered.

Date: February 26, 2025        /s/ *Robert N. Hochman*

Robert N. Hochman
Ellen A. Wiencek
Tyler M. Wood
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
rhochman@sidley.com
ewiencek@sidley.com
twood@sidley.com

*Attorneys for Fair Isaac Corporation*

# CERTIFICATE OF SERVICE
# FOR DOCUMENTS FILED USING CM/ECF

I certify that on February 26, 2025, this transcript certification was filed with the Clerk of the United States Court of Appeals for the Eighth Circuit using the CM/ECF system, which will send notice to all registered counsel of record.

/s/ *Robert N. Hochman*