# No. 25-1340

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

FAIR ISAAC CORPORATION
*Plaintiff/Appellant,*

v.

FEDERAL INSURANCE COMPANY
AND ACE AMERICAN INSURANCE COMPANY
*Defendants/Appellees.*

Appeal from the U.S. District Court for the
District of Minnesota, No. 16-cv-1054
(Hon. Magistrate Judge David T. Schultz)

## MOTION FOR WITHDRAWAL OF ATTORNEY APPEARANCE
## AND SUBSTITUTION OF COUNSEL OF RECORD

| | |
|---|---|
| Heather Kliebenstein | Robert N. Hochman |
| Rachel Scobie | *Counsel of Record* |
| Paige S. Stradley | Nathaniel C. Love |
| MERCHANT & GOULD P.C. | Ellen A. Wiencek |
| 150 South Fifth Street | Tyler M. Wood |
| Suite 2200 | SIDLEY AUSTIN LLP |
| Minneapolis, MN 55402 | One South Dearborn Street |
| (612) 332-5300 | Chicago, Illinois 60603 |
| hkliebenstein@merchantgould.com | (312) 853-7000 |
| rscobie@merchantgould.com | rhochman@sidley.com |
| pstradley@merchantgould.com | nlove@sidley.com |
| | ewiencek@sidley.com |
| | tyler.wood@sidley.com |

*Counsel for Fair Isaac Corporation*

Pursuant to Eighth Circuit Rule 27A(a)(12), Plaintiff-Appellant Fair Isaac Corporation ("FICO") respectfully moves to withdraw Robert N. Hochman's appearance in this case, and to substitute Nathaniel C. Love as Counsel of Record to replace Mr. Hochman. In support of this Motion, FICO states the following:

1. This appeal was docketed on February 20, 2025. (D.E. 5487506).

2. FICO filed its opening brief on May 21, 2025 (D.E. 5518697), and Defendants-Appellees' response brief is due on July 21, 2025 (D.E. 5520035).

3. No oral argument has been scheduled.

4. Nathaniel C. Love, of Sidley Austin, LLP ("Sidley"), entered an appearance in this case on May 21, 2025. (D.E. 5518893).

5. Robert N. Hochman is departing Sidley on June 1, 2025.

6. In light of Mr. Hochman's departure from Sidley, FICO moves to withdraw Mr. Hochman's appearance.

7. FICO further requests to substitute Mr. Love as Counsel of Record, to replace Mr. Hochman.

1

Respectfully submitted,

May 29, 2025

Heather Kliebenstein
Rachel Scobie
Paige S. Stradley
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402
(612) 332-5300
hkliebenstein@merchantgould.com
rscobie@merchantgould.com
pstradley@merchantgould.com

s/ *Robert N. Hochman*

Robert N. Hochman
   *Counsel of Record*
Nathaniel C. Love
Ellen A. Wiencek
Tyler M. Wood
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
rhochman@sidley.com
nlove@sidley.com
ewiencek@sidley.com
tyler.wood@sidley.com

*Counsel for Fair Isaac Corporation*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 151 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook font.


Date: May 29, 2025 /s/ *Robert N. Hochman*

| | |
|---|---|
| Heather Kliebenstein | Robert N. Hochman |
| Rachel Scobie | *Counsel of Record* |
| Paige S. Stradley | Nathaniel C. Love |
| MERCHANT & GOULD P.C. | Ellen A. Wiencek |
| 150 South Fifth Street | Tyler M. Wood |
| Suite 2200 | SIDLEY AUSTIN LLP |
| Minneapolis, MN 55402 | One South Dearborn Street |
| (612) 332-5300 | Chicago, Illinois 60603 |
| hkliebenstein@merchantgould.com | (312) 853-7000 |
| rscobie@merchantgould.com | rhochman@sidley.com |
| pstradley@merchantgould.com | nlove@sidley.com |
| | ewiencek@sidley.com |
| | tyler.wood@sidley.com |

*Counsel for Fair Isaac Corporation*

# CERTIFICATE OF SERVICE

 I hereby certify that on May 29, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: May 29, 2025        /s/ *Robert N. Hochman*